MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

AMBER S. ROSEN (160380)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061
Fax: (408) 535-5066
E-Mail: amber.rosen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 10-mj-70776 PSG |
| Plaintiff, | UNITED STATES' MOTION TO DISMISS COMPLAINT |
| v. | . |
| CELSO OCHOA-VIDANIA, | |
| Defendant. | |

   COMES NOW THE UNITED STATES OF AMERICA, by and through the undersigned Assistant United States and Attorney, and moves this Court for an order dismissing the captioned complaint without prejudice.

\\

\\

UNITED STATES' MOTION TO DISMISS
10-mj-70776 PSG                              1

Dated: November 26, 2013         MELINDA HAAG
                                 United States Attorney

                                 _____/s/_____
                                 AMBER S. ROSEN
                                 Assistant United States Attorney

## ORDER

Good cause appearing and on motion of the United States, IT IS HEREBY ORDERED that the captioned complaint be dismissed without prejudice.

Dated: December 2, 2013          _____
                                 UNITED STATES MAGISTRATE JUDGE